IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KASHAUN L. LOCKETT,<br><br>　　　　　　　Defendant. | 8:21CR192<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Kashaun L. Lockett (Filing No. 37).  Stuart J. Dornan and Marcus A. Sladek have filed an entry of appearance as retained counsel for Kashaun L. Lockett.  Therefore, Julie B. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 37) will be granted.

Julie B. Hansen shall forthwith provide Stuart J. Dornan and Marcus A. Sladek any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Kashaun L. Lockett's defense.

The clerk shall provide a copy of this order to Stuart J. Dornan and Marcus A. Sladek.

**IT IS SO ORDERED.**

Dated this 23rd day of July, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge