**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR192** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KASHAUN L. LOCKETT** | ) | **ORDER** |
| **and GARY LOCKETT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

This matter is before the court on the defendant, Gary Lockett's unopposed Motion to Continue Trial [196].  Counsel needs additional time to conduct plea negotiations.   Co-counsel for defendant Kashaun L. Lockett has indicated he does not oppose the motion. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [196] is granted, as follows:

1. The jury trial, **for both defendants**, now set for June 12, 2023, is continued to **July 17, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 17, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  June 1, 2023.**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**