# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR192 |
| | ) | |
| vs. | ) | |
| | ) | |
| KASHAUN L. LOCKETT and GARY LOCKETT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter came before the court on the defendant, Kashaun Lockett's Motion for Extension of Time (which the court will construe as a motion to continue trial) [204]. Crystal C. Correa and Mikayla Purdy-Steenholdt appeared on behalf of the government. The defendants were present in court and represented by counsel of record. The motion is unopposed by the defendant, Gary Lockett.  For the reasons set forth on the record, the court finds good cause for a continuance of the trial.  Accordingly,

**IT IS ORDERED** that the Motion for Extension of Time (to Continue Trial) [204] is granted, as follows:

1. The jury trial, **for both defendants**, now set for July 17, 2023, is continued to **September 25, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 25, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances.**

DATED:  June 28, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge