IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**KASHAUN L. LOCKETT,**<br><br>        **Defendant.** | **8:21CR192**<br><br>**ORDER** |

      This matter is before the Court on Defendant, Kashaun L. Lockett's Motion filed on June 27, 2023, requesting that the undersigned magistrate judge recuse himself in this matter. (Filing No. 205). "A party introducing a motion to recuse carries a heavy burden of proof; a judge is presumed to be impartial and the party seeking disqualification bears the substantial burden of proving otherwise." *In re Steward*, 828 F.3d 672, 682 (8th Cir. 2016) (quoting *Fletcher v. Conoco Pipe Line Co.*, 323 F.3d 661, 664 (8th Cir. 2003)). Having reviewed Defendant's motion, the undersigned magistrate judge finds no basis upon which he should recuse himself in this matter. See 28 U.S.C. § 455(a). Accordingly,

      **IT IS ORDERED:** Defendant's Motion (Filing No. 205) is denied.

      Dated this 28th day of June, 2023.

                                            BY THE COURT:

                                            s/ Michael D. Nelson
                                            United States Magistrate Judge

**ADMONITION**

      A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the order. See NECivR 72.2(a). Failure to timely object may constitute a waiver of any objection.