IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR192 |
| | ) | |
| vs. | ) | |
| | ) | |
| KASHAUN L. LOCKETT and GARY LOCKETT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on the defendant, Kashaun Lockett's Motion to Continue Trial [233]. While the Court has previously ordered that no further continuances will be granted absent extraordinary circumstances, defendant's counsel states that the parties have entered into a mutually acceptable plea agreement. Co-defendant, Gary Lockett does not object to a continuance. Under these circumstances, good cause exits for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial) [233] is granted, as follows:

1. The jury trial, **for both defendants**, now set for October 2, 2023, is continued to **December 4, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 4, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasobly deny the defendant continuity of counsel, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances.**

DATED: September 22, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge