IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KASHAUN L. LOCKETT,<br><br>Defendant. | **8:21CR192**<br><br><br>**ORDER** |

Before the Court is non-party Tashekia Lockett's Request for Transcript (Filing No. 271) of the sentencing hearing held March 8, 2024.

IT IS ORDERED:

1.  The Request for Transcript (Filing No. 271) is granted.

2.  Tashekia Lockett must contact court reporter Sue DeVetter at suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript. Tashekia Lockett will be responsible for that transcript cost.

3.  The Clerk's Office is directed to mail a copy of this order to Tashekia Lockett at 5102 N. 166th Plaza, B307, Omaha, Nebraska 68116.

4.  The Clerk's Office is directed to email copies of the Request for Transcript and this Order to Sue DeVetter.

Dated this 5th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge